IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 SEP 26 P 1: 35

LORENZO RAINER, #121380 )
Full name and prison number )
of plaintiff(s) )
)
v. )  CIVIL ACTION NO. 2:05CV916-T
)  (To be supplied by Clerk of
CAPT. BARRETT, Warden Terrance McDonnell )  U.S. District Court)
JOHNNIE DUMAS, COI, )
WILLIE H. JACKSON, COI, )
SGT. CARL CLAY MORGAN, COI )
DORRIS VICKERS, COI )   **DEMAND FOR JURY TRIAL**
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) ___N/A___

Defendant(s) ___N/A___

2. Court (if federal court, name the district; if state court, name the county) ___N/A___

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Kilby Correctional Facility, P.O. Box 150, Mt. Meigs, Alabama 36057-0150_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Dining Hall/Main Hallway at Kilby Correctional Facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME / ADDRESS

Warden Terrance McDonnell, Kilby Corr. Fac., P.O. Box 150, Mt. Meigs AL 36057-0150

1. Capt. Barrett, Kilby Corr. Fac., P.O. Box 150, Mt. Meigs AL 36057-0150
2. Johnnie Dumas, COI, Kilby Corr. Fac., P.O. Box 150, Mt. Meigs AL 36057-0150
3. Willie H. Jackson, COI, Kilby Corr. Fac., P.O. Box 150, Mt. Meigs AL 36057-0150
4. Sgt. Carl Clay, Kilby Corr. Fac., P.O. Box 150, Mt. Meigs AL 36057-0150
5. Doris Vickers, COI, Kilby Corr. Fac., P.O. Box 150, Mt. Meigs AL 36057-0150
6. MORGAN, COI, Kilby Corr. Fac., P.O. Box 150, Mt. Meigs AL 36057-0150

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _on or about June 3, 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Defendants used excessive force against paralize Plaintiff in violation of Plaintiff Eighth and Fourteenth Amendment Rights of U.S. Constitution, and acting under color of state law §14-3-13 coupled with Admin. Reg. #207 used profanity with inmate Plaintiff. Plaintiff invoke 42 USCS §§ 1985, 1986, 1988 and 18 USCS §§ 241 and 242._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On June 3, 2005 defendants Johnnie Dumas, Willie H. Jackson, Carl Clay, Morgan and Doris Vickers conspire with defendant Dumas by holding paralize Plaintiff wrists and legs while defendant Johnnie Dumas maliciously beat paralize Plaintiff Rainer with defendant Jackson baton, and to shield the excessive use of force, wrote paralize Plaintiff a disciplinary for assault + insubordination numbers KCF 05-3921 - KCF 05-3921.

GROUND TWO: On June 20, 2005 defendant Carl Clay illegally administered oaths, recklessly ignore the violation of excessive use of force and failure to follow standard procedure of Admin. Reg. #403 service of process, in conspiracy with other defendants.

SUPPORTING FACTS: On June 20, 2005 in conspiracy with defendants Dumas, Jackson, and Vickers, defendant Clay recklessly and illegally administered oaths, ignored excessive use of force on paralize Plaintiff Rainer by using erroneous facts and perjured testimony to shield the violations and issued a virdict of guilt.

GROUND THREE: Terrance McDonnell and, Defendant Barrett without any personal investigation into the matter conspire with other defendants with approval contrary to Admin. Reg. #403 in order to cover up violation of excessive use of force.

SUPPORTING FACTS: On June 21, 2005 defendant Barrett acted in concert with other above defend by signing off on the excessive use of force disciplinary issued to shield the violation, and defendant Terrance McDonnell failed to conduct any investigation of these cruel and unusual exsessive force used by his staff or the malicious prosecution and punitive segregation to shield the violation

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seek a jury trial pursuant to the 7th Amend. U.S.C.A. Const., Fed. R. Civ. Proc. 38, and for punitive segregation, treatment, and loss of 8th and 14th Amend. rights on the punitive basis plaintiff seek Two (2) million dollars in damages, and Federal Criminal Conspiracy prosecution for interference of civil rights.

_Lorenzo Rainer_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  9-21-05
(Date)

_Lorenzo Rainer_
Signature of plaintiff(s)

4