| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Bruce Vermily_  ☒ Agent  ☒ Addressee<br>B. Received by (Printed Name): Bruce Vermilye  C. Date of Delivery: 9/30/05 |
| 1. Article Addressed to:<br><br>Terrance McDonnell, Warden<br>Kilby Correctional Facility<br>PO Box 150<br>Mt. Meigs, AL   36057<br><br>C 4 D   05-916   9/29 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☒ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 1160 0001 3017 4871 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnnie Dumas
Kilby Correctional Facility
PO Box 150
Mt. Meigs, AL 36057

C+O 05-916

9/29

2. Article Number
(Transfer from service label)

7005 1160 0001 3017 3621

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Bruce Vermilye_
☑ Agent
☐ Addressee

B. Received by (Printed Name): Bruce Vermilye
C. Date of Delivery: 9/30/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Captain Barrett
Kilby Correctional Facility
PO Box 150
Mt. Meigs, AL  36057

C  D  05-916      9/29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bruce Vermilyer    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Bruce Vermilyer
C. Date of Delivery: 9/30/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 4888

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CO I Morgan
   Kilby Correctional Facility
   PO Box 150
   Mt. Meigs, AL  36057

   C&O 05-916

   9/29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Bruce Vermily*  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Bruce Vermily
C. Date of Delivery: 9/30/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0001 3017 3591

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Willie Jackson
   Kilby Correctional Facility
   PO Box 150
   Mt. Meigs, AL    36057

   CAO    05-916    9/29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☒ Agent
                   ☐ Addressee

B. Received by (Printed Name): Bruce Vermily
C. Date of Delivery: 9/30/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 3614

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Bruce Vermilyer  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name): Bruce Vermilyer<br>C. Date of Delivery: 9/30/05 |
| 1. Article Addressed to:<br><br>Carl Clay<br>Kilby Correctional Facility<br>PO Box 150<br>Mt. Meigs, AL  36057<br><br>C & O    05-916       9/29 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 3017 3607 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Bruce Vermilye* ☒ Agent ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Bruce Vermilye   9/30/05 |
| 1. Article Addressed to:<br><br>Doris Vickers<br>Kilby Correctional Facility<br>PO Box 150<br>Mt. Meigs, AL   36057<br><br>C+O 05-916 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 3017 3638 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540