IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

LORENZO RAINER, #121380

    PLAINTIFF

VS                                    CIVIL ACTION: 2:05-CV-916-T

CAPTAIN BARRETT, et al.,

    DEFENDANT

## A F F I D A V I T

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared Sgt. Carl Clay who being know to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Carl Clay, and I am presently employed as a Sergeant with the Alabama Department of Corrections, Kilby Correctional Facility, Mt. Meigs, Alabama. I am over nineteen (19) years of age.

On June 3, 2005 inmate Lorenzo Rainer #121380 alleged that I, Sgt. Carl Clay held his wrists and legs while Officer Johnnie Dumas beat him. I, Sgt. Carl Clay was not assigned to work on June 3, 2005; I was on my regular off day (see attached duty roster). On June 20, 2005 at approximately 7:37a.m., I, Sgt. Carl Clay was the Hearing Officer for the disciplinary on inmate Lorenzo Rainer B/M # 121380 for rule violation #57 INSUBORDINATION. Inmate Rainer was found guilty based on the Arresting Officer, Johnnie Dumas' testimony and the Witness, Officer Willie Jackson's testimony. On June 20, 2005 at approximately 8:25 a.m., I, Sgt. Carl Clay was the Hearing Officer for the disciplinary on inmate Lorenzo Rainer B/M # 121380 for rule violation #29 ASSAULT ON PERSON (S) ASSOCIATED WITH THE ALDOC. Inmate Rainer was found guilty based on the Arresting Officer, Johnnie Dumas' testimony, and the Witnesses, Officers Willie Jackson's and Doris Vickers' testimony.

                                                  _____
                                                  Sgt. Carl Clay,
                                                  Kilby Correctional Facility

State of Alabama
Montgomery County

Sworn to and subscribed before me and under my hand and official seal this the 4th day of October, 2005.

                                                  Notary Public
                                                My comm. expires  /-17-06

1

EXHIBIT B