**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

LORENZO RAINER,    #121380
PLAINTIFF

                                                    CIVIL ACTION:

VS
KILBY CORRECTIONAL FACILITY                2:05-CV-916-T
        DEFENDANT
CAPTIAN BARRETT , et al.,

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared Johnnie Dumas, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Johnnie Dumas , and I am presently employed as COI Correctional Officer with the Alabama Department of Corrections, Kilby Correctional Facility, Mt. Meigs, Alabama.  I am over nineteen (19) years of age.

On June 3,2005  inmate Lorenzo Rainer B/M 121380 alleged that I, COI Dumas used excessive force. I, COI Dumas was counseling inmate Rainer on his negative behavior. Inmate Rainer then swung towards me, (COI Dumas) with his left elbow backwards and extended his left forearm in an attempt to strike me, (COI Dumas). COI Doris Vickers arrived to the scene and tried to restrain inmate Rainer. Inmate Rainer continued to resist. COI Willie Jackson arrived on the scene to assist in restraing inmate Rainer. Inmate Rainer continued to resist by kicking towards me,(COI Dumas). I, COI Dumas retrieved COI Jackson's baton from his baton ring and gave inmate Rainer a direct order to stop. Inmate Rainer continued to kick at me, (COI Dumas).I, COI Dumas struck inmate Rainer approximately (4) four times on his Tibia area, while giving inmate Rainer a verbal command to stop. Inmate Rainer slightly freed himself and swung at me,(COI Dumas). I, COI Dumas struck inmate Rainer (2) two more times around the Radial nerve. COI Otis Barnes and COI Arthur Murray assisted in restraining inmate Rainer and was able to place handcuff inmate Rainer

                                   _____
                                              COI Johnnie Dumas
                                         Kilby Correctional Facility

State of Alabama
Montgomery County
Sworn to and subscribed before me and under my hand and official seal this the 6 day of October, 2005.

                                   _____
                                   Notary
                                   My Comm. eff 1-17 06

1

PENGAD-Bayonne N J

EXHIBIT

C