IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LORENZO RAINER,    #121380
PLAINTIFF

CIVIL ACTION:

VS

KILBY CORRECTIONAL FACILITY    2:05-CV-916-T
  DEFENDANT
CAPTIAN BARRETT , et al.,

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared COI Bonnie Morgan, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Bonnie Morgan, and I am presently employed as COI Correctional Officer with the Alabama Department of Corrections, Kilby Correctional Facility, Mt. Meigs, Alabama. I am over nineteen (19) years of age.

On June 3,2005 I COI Bonnie Morgan was assigned as South Dorm Rover. At no time was I involved in a physical altercation with inmate Lorenzo Rainer B/M 121380. I don't have any knowledge of this incident.

_____
COI Bonnie Morgan
Kilby Correctional Facility

State of Alabama
Montgomery County
Sworn to and subscribed before me and under my hand and official seal this the 27 day of October, 2005.

_____
, Notary Public
My comm. expires 1-17-06

1

EXHIBIT
D