IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LORENZO RAINER,   #121380
PLAINTIFF

CIVIL ACTION:

VS

KILBY CORRECTIONAL FACILITY            2:05-CV-916-T
    DEFENDANT
CAPTIAN BARRETT , et al.,

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared COI Doris Vickers, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Doris Vickers , and I am presently employed as COI Correctional Officer with the Alabama Department of Corrections, Kilby Correctional Facility, Mt. Meigs, Alabama. I am over nineteen (19) years of age.

On June 3,2005 I, COI Doris Vickers heard loud noises in the Main Hallway and realized an altercation was in progress. Inmate Lorenzo Rainer B/M 121380 was throwing punches at the Officers as he, (inmate Rainer) swore loudly. I, COI Vickers ran from the hospital gates to assist. Upon arriving on the scene I, COI Vickers observed inmate Rainer shouting obscenities, throwing punches, and kicking ferociously at several Officers who was shouting for inmate Rainer to stop, as they tried to apply handcuffs on him, (inmate Rainer). I, COI Vickers began to assist Officers Willie Jackson, Otis Barnes, Johnnie Dumas, and Arthur Murray in applying handcuffs to the wrists of inmate Rainer.

_____
COI Doris Vickers
Kilby Correctional Facility

State of Alabama
Montgomery County
Sworn to and subscribed before me and under my hand and official seal this the 7 day of October, 2005.

Betty [illegible]
Notary
My comm. exp. 1-17-06

1

EXHIBIT
E