IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LORENZO RAINER,   #121380
PLAINTIFF

CIVIL ACTION:

VS

KILBY CORRECTIONAL FACILITY
    DEFENDANT
CAPTIAN BARRETT , et al.,

2:05-CV-916-T

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared ROII Jarrell Hogwood, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Jarrell Hogwood , and I am presently employed as ROII Radio Operator with the Alabama Department of Corrections, Kilby Correctional Facility, Mt. Meigs, Alabama. I am over nineteen (19) years of age.

On June 3,2005 I,ROII Jarrell Hogwood was working my post on the back panel of the Central Control with clear view of the Main Hallway. I, ROII Hogwood observed inmate Lorenzo Rainer B/M121380 apparently having a verbal confrontation with Officer Johnnie Dumas. I, ROII Hogwood next observed inmate Rainer lunging at Officer Dumas and apparently attempting to get out of his wheel chair and attack her,(Officer Dumas). At this point I saw Officer Dumas strike inmate Rainer across the forearms with a baton. Order was restored shortly thereafter with the assistance of other Officers. This was a clear case of self-defense and control of a inmate on the part of Officer Dumas.

_____
ROII Jarrell Hogwood
Kilby Correctional Facility

State of Alabama
Montgomery County
Sworn to and subscribed before me and under my hand and official seal this the 7 day of October, 2005.

Notary
My comm. exp. 11-7-06

EXHIBIT F