IN THE UNITED STATES DISTRICT COURT<br>
FOR THE MIDDLE DISTRICT OF ALABAMA<br>
NORTHERN DIVISION

Lorenzo Rainer, 121380
PLAINTIFF

CIVIL ACTION: 2:05 CV916-T

VS

Captain Bobby Barrett, et.al.
    DEFENDANT

A F F I D A V I T

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared Terrance McDonnell who being know to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Terrance McDonnell, and I am presently employed as Warden III with the Alabama Department of Corrections, Kilby Correctional Facility, Mt. Meigs, Alabama. I am over nineteen (19) years of age.

I was temporarily assigned to Donaldson Correctional Facility from March 8, 2005 until July ll, 2005. I was not assigned to Kilby Correctional Facility when this alleged incident occurred with Inmate Rainer on 6-3-05.

                                                   Terrance McDonnell, Warden III
                                                   Kilby Correctional Facility

State of Alabama
Montgomery County
Sworn to and subscribed before me and under my hand and official seal this the 3rd day of October, 2005.

                                                   Betty S. Carr, Notary Public
                                                   My comm. expires 1-17-06

EXHIBIT
G