IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LORENZO RAINER,   #121380
PLAINTIFF

CIVIL ACTION:

VS

KILBY CORRECTIONAL FACILITY          2:05-CV-916-T
    DEFENDANT
CAPTIAN BARRETT , et al.,

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county and State of Alabama at large, personally appeared COI Willie Jackson, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Willie Jackson, and I am presently employed as COI Correctional Officer with the Alabama Department of Corrections, Kilby Correctional Facility, Mt. Meigs, Alabama. I am over nineteen (19) years of age.

On June 3, 2005 at approximately 11:20a.m., I Officer Willie Jackson, assisted Officer Johnnie Dumas with a "Code Red" on the Main Hallway. I grabbed inmate Lorenzo Rainer B/M121380 arms when inmate Rainer began to swing at Officer Dumas. Officer Dumas grabbed my baton and struck inmate Rainer. Officer Doris Vickers and I placed inmate Rainer on the floor of the Main Hallway. Officer Otis Barnes placed handcuffs on inmate Rainer.

_____
COI Willie Jackson
Kilby Correctional Facility

State of Alabama
Montgomery County
Sworn to and subscribed before me and under my hand and official seal this the 4 day of October, 2005.

_____
, Notary Public
My comm. expires 1-17-06

1


EXHIBIT
H