IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LORENZO RAINER, #121380
    Plaintiff,

VS.

CAPTAIN BARRETT, et.al
    Defendant,

CIVIL ACTION NO:
205-CV-916-T

RECEIVED 2005 DEC 14 A 8:58 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DIST. OF ALA

## AFFIDAVIT

COME(S) NOW The Plaintiff LORENZO RAINER, Before me The undersigned Authority, a Notary Public in and for said County and State of ALABAMA at large, personally appeared The Plaintiff, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

MY Name is LORENZO RAINER, #121380, On June 3, 2005 at are around 10:43 AM I came into the Kitchen for lunch, Some one call my full name as I rode to the rail for someone to pass me my tray. I looked up and notice Officer Dumas was calling me and I went to her. She stated I could not sit at the handicap Table, Then she told me to put my tray into the hole. I then departed from the Kitchen area, Officer Dumas called me back again to her, she departed the Kitchen in front of me, she went toward South dorm down by the Hospital and turned around and came me back to her in front of the Staff dinninghall. When I came up to her she then begin to put her hand, and finger in my face, I told her you talk with your mouth not with your hand, Dumas struck The Plaintiff on the left side of his face with a closed fist.

See: INSTitutional Incident Report - STATE OF ALABAMA were the officer clearly stated she hit him.

I was Then grabbed by Willie Jackson and Dumas got his baton and started Beating me hitting me Not once but 5 or six Time in a agressive Time manner over and over again. The Affidavit/Statement of Doris Vickers is only trying To construde The court, were Jackson did not Place any handcuffs on me at all. See: Incident Report were Dumas stated Otis Barnes and Authur Murray Put handcuffs on me behind my Back, I was To much out of It From The Lick's and Slaming me on The Concreat Throwing me out of my wheelchair useing unnessary Force And Assault To even know who put cuffs on me, But The Statement Doris vickers Gave is Not True see Dumas Statement, were Vickers Kick'd me over and over again. To Slapp and Punch, and to Kick a Handcuffed inmate as The Plaintiff violate's The eighth Amendment Caudle v. Peters 727 F.2d Supp 1175, 1180 (1989). As The Plaintiff was Handcuffed and Secured Stated a Eighth Amendment claim see; Williams v. Burton 943 F.2d 1572-1576 (11th Cir 1991).

STATE OF ALABAMA: Sworn To and Subscribed before me by my Hand on
MONTGOMERY COUNTY. This The 27 day of November 2005.

MY COMMISSION expires 6/23/08

NOTARY _____ PLAINTIFF Lorenzo Rainer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THE FOREGOING DOCUMENTS HAVE BEEN PLACED IN THE KILBY CORRECTIONAL MAIL BOX AT P.O. BOX 150 MT. MEIGS, AL. 36057 POSTAGE PREPAID.

*Lorenzo Rainer*
LORENZO RAINER
AIS # 121380
P.O. BOX 150
MT. MEIGS, AL. 36057