RECEIVED
2005 DEC 14 A 8:58

In The United States District Court
For The Middle District Of Alabama
Northern Division

Lorenzo Rainer #121380,
   Plaintiff,
vs.                 Civil Action No. 2:05-CV-916-T

Captain Barrett, et al.,
   Defendant.

## Motion For Discovery

Lorenzo Rainer, plaintiff styled above, moves this Court pursuant to Rule 26(b) Federal Rules of Civil Procedure to grant discovery in this cause of action. For good cause plaintiff sets forth the following:

1. There exist genuin issues of material fact in dispute in this cause of action which can be cleared up through the process of discovery.

2. Discovery in this cause of action is in the interest of justice and the fair and equitable settlement of this cause.

3. Discovery in this cause will not be unnecessarily burdensom, expensive

or time consuming with respect to this cause of action.

Wherefore, and for good cause plaintiff respectfully request discovery be granted in this cause of action.

Done this 23 day of November 2005.

Lorenzo Rainer
Lorenzo Rainer # 121380
Kilby Correctional Facility
P.O. Box 150
Mount Meigs, Al. 36057

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT THE FOREGOING DOCUMENTS HAVE BEEN PLACED IN THE KILBY CORRECTIONAL MAIL BOX AT P.O. BOX 150 MT. MEIGS, AL. 36057 AND POSTAGE PREPAID.

*Lorenzo Rainer*
LORENZO RAINER
AIS # 121380
P.O. BOX 150
MT. MEIGS, AL. 36057