IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORENZO RAINER, #121380, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-916-T |
| | ) |
| CAPTAIN BARRETT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for discovery filed by the plaintiff on December 14, 2005 (Court Doc. No. 9), and as the defendants have submitted exhibits encompassing all documents and evidentiary materials relevant to the issues pending in this case, it is

ORDERED that the motion for discovery be and is hereby DENIED.

Done this   15th day of December, 2005.

/s/ Delores R. Boyd
UNITED STATES MAGISTRATE JUDGE

*for*

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE